**Ravinder SINGH, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–70964.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 21, 2006.*

Filed Dec. 27, 2006.

Martin Resendez Guajardo, Esq., Law Offices of Martin Resendez Guajardo a

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Professional Corporation, San Francisco, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Janice K. Redfern, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and LEAVY, Circuit Judges.

### MEMORANDUM **

Ravinder Singh, a native and citizen of India, petitions for review of an order of the Board of Immigration Appeals affirming without opinion an immigration judge's ("IJ") order denying his motion to reopen. We dismiss the petition for review for lack of jurisdiction.

The motion to reopen at issue requested only that the IJ exercise her sua sponte authority to reopen Singh's deportation proceedings. As the IJ declined to exercise this discretionary authority, we do not have jurisdiction to review the agency's decision. *See Ekimian v. INS,* 303 F.3d 1153, 1159 (9th Cir.2002). Accordingly, we do not reach Singh's remaining contentions.

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

